NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONALD E. McBRIDE,                          )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No.  2D16-5075
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
_____)

Opinion filed April 13, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and J. Rafael Rodríguez, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.